UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JENNIFER TUCKER, | ) CASE NO. 1:17-CV-00772 |
| | ) |
| Plaintiff, | ) JUDGE DAN AARON POLSTER |
| | ) |
| -vs- | ) |
| | ) |
| KEY MEDICAL STAFFING, et al., | ) <u>JOINT MOTION TO APPROVE</u> |
| | ) <u>SETTLEMENT AGREEMENT</u> |
| Defendants. | ) |

Plaintiff Jennifer Tucker ("Plaintiff") and Defendants Key Medical Staffing, LLC and Stan Brady ("KMS Defendants"), respectfully request the Court approve the terms of the settlement agreement between the parties and enter the Stipulated Dismissal and Judgment Entry attached as Exhibit 1. The terms of the settlement agreement contain a release of claims under the Fair Labor Standards Act that requires judicial approval. The settlement agreement has been provided to the Court for review under separate cover. The parties respectfully request that the Court find that the terms of the settlement agreement are fair and reasonable, approve the terms, and retain jurisdiction to resolve any disputes concerning the settlement agreement.

Respectfully submitted:

| | |
|---|---|
| /s/ *Christopher P. Wido* | /s/ *Adam D. Fuller* |
| Christopher P. Wido (#0093713) | Adam D. Fuller (#0076431) |
| The Spitz Law Firm, LLC | BRENNAN, MANNA & DIAMOND, LLC |
| 25200 Chagrin Blvd., Suite 200 | 75 East Market Street |
| Beachwood, OH 44122 | Akron, Ohio 44308 |
| 216-291-4744 | (330) 253-5060 |
| 216-291-5744 (fax) | (330) 253-1977 (fax) |
| Chris.Wido@spitzlawfirm.com | adfuller@bmdllc.com |
| *Counsel for Plaintiff Jennifer Tucker* | *Counsel for Defendants Key Medical Staffing, LLC and Stan Brady* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of August, 2017, a copy of the foregoing *Joint Motion* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Adam D. Fuller
*Counsel for Defendants Key Medical Staffing, LLC and Stan Brady*

4831-4052-3084, v. 1