UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER TUCKER, | ) | CASE NO. 1:17-CV-00772 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| -vs- | ) | |
| | ) | |
| KEY MEDICAL STAFFING, et al., | ) | STIPULATED DISMISSAL AND |
| | ) | JUDGMENT ENTRY |
| Defendants. | ) | |

EXHIBIT 1

Plaintiff Jennifer Tucker ("Plaintiff") and Defendants Key Medical Staffing, LLC and Stan Brady ("KMS Defendants") hereby stipulate and agree that they have amicably resolved the within dispute pursuant to the terms of a Settlement and Release Agreement (the "Agreement"). Pursuant to the terms of the Agreement, Plaintiff will dismiss her Complaint against the KMS Defendants in this matter, with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each party to bear its own fees and costs.

The Agreement has been submitted to the Court for review. The Agreement contains a release of Plaintiff's claims under the Fair Labor Standards Act which requires judicial approval. Having reviewed the Agreement, the Court determines that the terms of the Agreement are fair and reasonable; and the Agreement is hereby approved. The Court retains jurisdiction to resolve disputes concerning the Agreement.

IT IS SO ORDERED.

_____
JUDGE DAN AARON POLSTER

AGREED:

| | |
|---|---|
| /s/ Christopher P. Wido | /s/ Adam D. Fuller |
| Christopher P. Wido (#0093713) | Adam D. Fuller (#0076431) |
| The Spitz Law Firm, LLC | BRENNAN, MANNA & DIAMOND, LLC |
| 25200 Chagrin Blvd., Suite 200 | 75 East Market Street |
| Beachwood, OH 44122 | Akron, Ohio 44308 |
| 216-291-4744 | (330) 253-5060 |
| 216-291-5744 (fax) | (330) 253-1977 (fax) |
| Chris.Wido@spitzlawfirm.com | adfuller@bmdllc.com |
| *Counsel for Plaintiff Jennifer Tucker* | *Counsel for Defendants Key Medical Staffing, LLC and Stan Brady* |

4825-0069-5116, v. 1